JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO MENDOZA HERNANDEZ,<br>Petitioner,<br>v.<br>WARDEN, DESERT VIEW FACILITY, *et al.*,<br>Respondents. | Case No. 5:26-cv-02616-FLA (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, the court ENTERS Judgment in Petitioner Margarito Mendoza Hernandez's (A# 208-084-458) favor.

IT IS SO ORDERED and ADJUDGED.

Dated: August 13, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge